UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>CHILD SUPPORT SERVICES, et al.<br><br>Defendants. | No. 2:24-cv-03396-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

Plaintiff Michella C. Alfaro Brittany filed a complaint commencing this action and an application to proceed *in forma pauperis* on December 5, 2024. (Doc. Nos. 1–2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2025, the assigned magistrate judge issued findings and recommendations recommending that the application to proceed *in forma pauperis* be denied. (Doc. No. 3.) Specifically, the magistrate judge found Plaintiff had not demonstrated she had insufficient assets to pay the court's filing fee and costs because of her annual gross income, the amount of money in her bank account, and the financial assistance she provided to her multiple adult children. (*Id*. at 2.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) To

date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 28, 2025 (Doc. No. 3) are ADOPTED in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is DENIED; and
3. Within twenty-one (21) days of the date of entry of this order, Plaintiff shall pay the four hundred and five dollars ($405.00) filing fee.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

Dena Coggins
United States District Judge