UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | No. 2:24-cv-03396-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

Plaintiff Michella C. Alfaro Brittany is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute and failure to comply with a court order. (Doc. No. 5.) Specifically, Plaintiff has failed to comply with the court's order issued on April 21, 2025, in which Plaintiff was ordered to pay the required filing fees for this case within twenty-one (21) days. (Doc. No. 4.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 5 at 1–2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis

Accordingly:

1. The findings and recommendations issued on May 15, 2025 (Doc. No. 5) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with the court's April 21, 2025 order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 13, 2025**                                                                _____
                                                                                        Dena Coggins
                                                                                        United States District Judge